UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
as subrogee of Quality King Distributors, Inc. and
QUALITY KING DISTRIBUTORS, INC.,

                        Plaintiffs,                  CV 09-4713(JS)(ETB)

   -against-

TOTAL QUALITY LOGISTICS and J & N EXPRESS,
INC.,

                        Defendants.
-------------------------------------------------------------------X

## DEFAULT JUDGMENT

The summons and complaint in this action having been duly served on the Defendant J & N Express, Inc., and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Robert W. Phelan, Esquire, the attorney for the Plaintiff, it is hereby ORDERED and ADJUDGED that Plaintiff, Fireman's Fund Insurance Company, does recover from J & N Express the Defendants, the sum of $1,288,199.00 the amount claimed, together with $350.00 for costs and disbursements, amounting in all to the sum of one million two hundred eighty-eighty thousand five hundred forty-nine dollars ($1,288,549.00) plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff have execution therefore.

Dated: Central Islip, New York
       May 17, 2010

By: /s/ JOANNA SEYBERT
Hon. Joanna Seybert, District Judge

NEWYORK_DOWNTOWN\2139463\1 220385.000